1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Dwayne L Jackson

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DWAYNE L JACKSON,                 ) Case No.: EDCV 12-606 MAN
                                     )
12         Plaintiff,                 ) (PROPOSED) ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                             ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN,[1] Acting      )
   Commissioner of Social Security,  )
15                                   )
           Defendant                 )
16                                   )
                                     )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):

20      IT IS ORDERED that fees and expenses in the amount of $3,150.00, as

21

22 ─────────────────────────

23 [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
   February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
24 Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
   Michael J. Astrue as Defendant in this suit. No further
25 action need be taken to continue this suit by reason of the last sentence of section
   205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will
26 refer to the Acting Commissioner as the Commissioner.

-1-

1  authorized by 28 U.S.C. § 2412, shall be awarded subject to the terms of the
2  Stipulation.

3
4  DATE:   July 18, 2013          *Margaret A. Nagle*

   _____
5              MARGARET A. NAGLE
            UNITED STATES MAGISTRATE JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26